USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSELYN CHIPANTIZA-SISALEMA,

                Petitioner,

-against-

LaDeon FRANCIS, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Kristi NOEM in her official capacity as Secretary of Homeland Security; Pam BONDI, in her official capacity as Attorney General,

                Respondents.

25 Civ. 5528 (AT)

**ORDER TO SHOW CAUSE**

ANALISA TORRES, District Judge:

    The Court has reviewed Petitioner's application for a writ of habeas corpus. ECF No. 1. Accordingly:

1. Petitioner's transfer to any location outside the geographic jurisdiction of the day-to-day operations of Immigration and Customs Enforcement's New York Field Office is administratively STAYED pending further order of the Court;
2. By **July 8, 2025**, Petitioner shall cause a copy of this order and Petitioner's application for relief to be served on Respondents.
3. By **July 9, 2025**, Petitioner shall file proof of service on the docket;
4. By **July 11, 2025**, Respondents are ORDERED to show cause why the writ should not be granted.

    SO ORDERED.

Dated: July 8, 2025, 9:33 a.m.
        New York, New York

                                                ANALISA TORRES
                                          United States District Judge