```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/14/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSELYN CHIPANTIZA-SISALEMA,

                      Petitioner,

-against-

LaDeon FRANCIS, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Kristi NOEM in her official capacity as Secretary of Homeland Security; Pam BONDI, in her official capacity as Attorney General,

                      Respondents.

25 Civ. 5528 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated July 13, 2025, the Court granted Petitioner's petition for a writ of habeas corpus and ordered her immediate release from custody. ECF No. 10. Accordingly, the hearing scheduled for July 15, 2025, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: July 14, 2025
       New York, New York

                                            ANALISA TORRES
                                   United States District Judge