UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSELYN CHIPANTIZA-SISALEMA,

                    Petitioner,

          -against-

LaDeon FRANCIS, in his official capacity as
Acting Field Office Director of New York,
Immigration and Customs Enforcement; Kristi
NOEM in her official capacity as Secretary of
Homeland Security; Pam BONDI, in her official
capacity as Attorney General,

                    Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/14/2025_

25 Civ. 5528 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated July 13, 2025, the Court granted Petitioner's petition for a writ of habeas corpus and ordered her immediate release from custody. ECF No. 10. On July 14, 2025, Defendants filed a letter stating that they had complied with this Court's order and released Ms. Chipantiza-Sisalema from custody. ECF No. 12. Accordingly, the Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: October 14, 2025
          New York, New York

_____
ANALISA TORRES
United States District Judge